## Earle G. Krumrine, Trading as E. G. Krumrine & Company, Appellee, v. Wilbur E. Howett Company, and Wilbur E. Howett, Appellants.

### Gen. No. 41,622.

Heard in third division, first district, this court at February term, 1941; opinion filed June 25, 1941. Alden, Latham & Young, for appellants; Wm. Tracy Alden and Sidney F. Moody, of counsel; Feigen & Feigen, for appellee; Arthur Feigen, of counsel. Opinion by JUSTICE HEBEL. "Not to be published in full."